IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) | |
| ) | 2:10-cv-00437-GEB-JKN |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING STATUS |
| ) | (PRETRIAL SCHEDULING) |
| ) | CONFERENCE; FED. R. CIV. |
| CANYON FALLS, INC., individually ) | P. 4(m) NOTICE |
| and d/b/a ANTHONY'S CUSTOM AUDIO & ) | |
| VIDEO; JOHNNY T. LEE; SUSANNA NG, ) | |
| ) | |
| Defendant. ) | |

 The parties' Joint Status Report filed May 25, 2010 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for June 14, 2010 is continued to July 12, 2010 at 9:00 a.m. A further joint status report shall be filed no later than (14 days prior).[1]

 Further, Plaintiff is **notified under Rule 4(m)** of the Federal Rules of Civil Procedure that **Canyon Falls, Inc. may be**

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1

**dismissed as a defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve within the 120 day period prescribed in that Rule in a filing due no later than 4:00 p.m. on June 22, 2010.**

IT IS SO ORDERED.

Dated: June 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge