SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>      vs.<br><br>Canyon Falls, Inc., et al<br><br><br><br>            Defendants | Case No.: CIV.S 10-cv-00437-GEB-KJN<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br><br>Complaint Filed:  FEBRUARY 21, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

1  Dated:  September 27, 2010                /s/Anthony Garcia_____

2                                            On Behalf of CANYON FALL, INC.,

3                                            Defendant In Pro Per

4

5

6  Dated:  September 27, 2010                /s/Johnny T. Lee_____

7                                            JOHNNY T. LEE,

8                                            Defendant In Pro Per

9

10

11 Dated: September 27, 2010                 /s/Susanna Ng_____

12                                           SUSANNA NG,

13                                           Defendant In Pro Per

14

15

16 Dated:  September 22, 2010                DISABLED ACCESS PREVENTS

17                                           INJURY, INC.

18

19                                           /s/Scott N. Johnson_____
20                                           SCOTT N. JOHNSON,
                                             Attorney for Plaintiff
21

22 **IT IS SO ORDERED**.

23 **Date:  10/5/2010**

24                                           _____

25                                           GARLAND E. BURRELL, JR.
                                             United States District Judge
26

27

28

2

STIPULATED DISMISSAL and ORDER                    CIV: S-10-cv-00437-GEB-KJN

Case 2:10-cv-00437-GEB-KJN   Document 26   Filed 10/06/10   Page 3 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATED DISMISSAL and ORDER                    CIV: S-10-cv-00437-GEB-KJN